UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VERNE S.,

     Plaintiff,                                    Case No. 3:24-cv-280

vs.

COMMISSIONER OF THE SOCIAL            District Judge Michael J. Newman
SECURITY ADMINISTRATION,              Magistrate Judge Caroline H. Gentry

     Defendant.

---

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (Doc. No. 12); (2) REVERSING THE COMMISSIONER'S NON-DISABILITY FINDING; (3) MAKING NO FINDING AS TO WHETHER PLAINTIFF WAS UNDER A "DISABILITY" WITHIN THE MEANING OF THE SOCIAL SECURITY ACT; (4) REMANDING THIS MATTER TO THE SOCIAL SECURITY ADMINISTRATION UNDER SENTENCE FOUR OF 42 U.S.C. § 405(g) FOR FURTHER CONSIDERATION CONSISTENT WITH THIS DECISION; AND (5) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

This Social Security case is before the Court on the Report and Recommendation issued by United States Magistrate Judge Caroline H. Gentry (Doc. No. 12), to whom this case was referred pursuant to 28 U.S.C. § 636(b). Judge Gentry recommended that the ALJ's non-disability finding be reversed. Noting that no objections have been filed and that the time for filing objections under Fed. R. Civ. P. 72(b) has expired, and having carefully reviewed this matter, it is hereby **ORDERED** that: (1) the Report and Recommendation is **ADOPTED**; (2) the Commissioner's non-disability finding is **VACATED**; (3) no finding is made as to whether Plaintiff was under a "disability" within the meaning of the Social Security Act; (4) this matter is **REMANDED** to the Social Security Administration under Sentence Four of 42 U.S.C. § 405(g)

for further consideration consistent with this decision; and (5) this case is **TERMINATED** on the

Court's docket.

       **IT IS SO ORDERED.**

  February 25, 2026                              s/*Michael J. Newman*
                                                  Hon. Michael J. Newman
                                                  United States District Judge