IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

VERNE S.,

       Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

       Defendant.

Case No. 3:24-cv-280

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) GRANTING THE PARTIES' UNOPPOSED, JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (Doc. No. 15); (2) AWARDING EAJA FEES TO PLAINTIFF IN THE TOTAL AMOUNT OF $4,810.00; AND (3) MAINTAINING THE TERMINATION OF THIS CASE ON THE DOCKET**

---

This Social Security case is before the Court on the parties' unopposed, joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the amount of $4,810.00. Doc. No. 15. The parties agree that an award of $4,810.00 in attorney's fees satisfies all of Plaintiff's claims for fees, costs, and expenses under the EAJA in the instant case. *See id*.

For good cause shown, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **AWARDS** EAJA fees in the total amount of $4,810.00. This case remains **TERMINATED** on the docket.

       **IT IS SO ORDERED.**

June 3, 2026                              s/*Michael J. Newman*
                                        Hon. Michael J. Newman
                                        United States District Judge